|  |  |
|---|---|
| Federal Insurance Company | O (212)-612-4372 |
| Simsbury Claim Service Center | F (855)-842-1349 |
| 82 Hopmeadow Street | E: pellis@chubb.com |
| Simsbury, CT 06070-7683 |  |

CHUBB'

## ASSIGNMENT

WHEREAS, Good Smoke Holdings, LLC is the first named assured, (hereinafter called "ASSURED") under ForeFront Portfolio Policy Number 8241-4639 issued by FEDERAL INSURANCE COMPANY; and

WHEREAS, said ForeFront Portfolio Policy agrees to indemnify ASSURED among other things for direct losses sustained as a result of Employee Theft Coverage subject to a $3,000,000 limit of liability and a $25,000 retention and Expense Coverage limit of $25,000

WHEREAS, ASSURED has stated and does state that it has sustained a loss in the amount of $566,874.28 due to an Employee Theft loss involving Michael Penna, Abbey Schwartz, Richard Despascale, Francis Cullen, and Joseph Soldo as more fully stated in its Proof of Loss and $41,475.25 in incurred Expense Coverage.

NOW, THEREFORE, in consideration of $566,874.28 receipt of which is hereby acknowledged, ASSURED does hereby assign and transfer all of its rights against any other persons, banks, corporations or other entities who may have participated in any manner or contributed to said the quantified loss sustained, to FEDERAL INSURANCE COMPANY and does hereby appoint FEDERAL INSURANCE COMPANY its attorneys-in-fact to sue, collect, receipts for, compromise and settle in the name of ASSURED OR FEDERAL INSURANCE COMPANY at the sole expense and discretion of FEDERAL INSURANCE COMPANY. ASSURED agrees to cooperate, to execute any necessary documents and to appear or cause its employees or agents to appear at any proceeding necessary to preserve the rights hereby assigned.

IN WITNESS WHEREOF, _____ has caused this instrument to be executed this 3 date of March, 2017.

By: _____

Title: Chief People Officer

Date: 3/2/17

Witness: Monika Flood